## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lee, Shirley A

Printed:  11/20/07

Case Number:  06 B 00789
Judge:  Goldgar, A. Benjamin
Filed:  1/31/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  October 9, 2007
Confirmed:  May 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,955.00 |  |
| Secured: |  | 5,317.95 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,239.00 |
| Trustee Fee: |  | 398.05 |
| Other Funds: |  | 0.00 |
| Totals: | 7,955.00 | 7,955.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,239.00 | 2,239.00 |
| 2. | Everhome Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Streamline Capital | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 156.85 | 156.85 |
| 5. | Wells Fargo Fin Acceptance | Secured | 19,789.76 | 3,256.80 |
| 6. | Everhome Mortgage Company | Secured | 2,929.25 | 1,904.30 |
| 7. | Internal Revenue Service | Priority | 917.82 | 0.00 |
| 8. | Ginny's | Unsecured | 13.63 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 3.89 | 0.00 |
| 10. | Capital One | Unsecured | 95.90 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 138.31 | 0.00 |
| 12. | Capital One | Unsecured | 84.45 | 0.00 |
| 13. | City Of Chicago | Unsecured | 18.02 | 0.00 |
| 14. | Monroe & Main | Unsecured | 30.15 | 0.00 |
| 15. | Portfolio Acquisitions | Unsecured | 105.55 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 40.00 | 0.00 |
| 17. | Capital One | Unsecured |  | No Claim Filed |
| 18. | ACC International | Unsecured |  | No Claim Filed |
| 19. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 21. | Comcast | Unsecured |  | No Claim Filed |
| 22. | Medical Collections | Unsecured |  | No Claim Filed |
| 23. | Our Weedends | Unsecured |  | No Claim Filed |
| 24. | PDI | Unsecured |  | No Claim Filed |
| 25. | Oxford Management Services | Unsecured |  | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Lee, Shirley A

Printed:  11/20/07

Case Number:  06 B 00789

Judge:  Goldgar, A. Benjamin

Filed:  1/31/06

| | | | |
|---|---|---|---|
| 26. | Plaza Associates | Unsecured | No Claim Filed |
| 27. | Streamline Capital | Unsecured | No Claim Filed |

$ 26,562.58          $ 7,556.95

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 165.25 |
| 4.8% | 146.40 |
| 5.4% | 86.40 |
| | $ 398.05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: